# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JONATHAN D. JACKSON,<br><br>*Plaintiff*<br>v.<br>STATE OF WASHINGTON SUPERIOR COURT IN AND FOR THE COUNTY OF STEVENS JUVENILE DIVISION (DSHS/CPS)<br><br>*Defendant* | )<br>)<br>)   Civil Action No.  2:14-CV-0148-LRS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko.

Date: July 16, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas